

# DONALDSON & CHILLIEST, LLP

Xavier R. Donaldson  
Anthony S. Chilliest  

*Member NY & NJ Bars

Attorneys at Law  
1825 Park Avenue, Suite 1102  
New York, New York 10035  
Telephone: (212) 722-4900  
Facsimile: (212) 722-4966

Ozro Thaddeus Wells  
Paul P. Martin  
Jaye Ballard  
Jason Foy*  
Of Counsel

Application GRANTED.

SO ORDERED.

December 18, 2019

*[signature]* Valerie Caproni  
12/19/2019

HON. VALERIE CAPRONI  
UNITED STATES DISTRICT JUDGE

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 12/19/2019

**VIA ECF**  
Honorable Valerie E. Caproni  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

RE: *United States of America v. Corey Cray*  
19 Cr 166 (VEC)

Honorable Caproni,

    Please be advised that Ms. Meusette Gonzalez is currently a Paralegal that has been trained to conduct in depth legal interviews, organize files and perform research. Moreover, Mr. Cray has significant social media documents, surveillance, audio and at least a half terabyte of information to be provided to me by the discovery coordinator assigned. As such, it would be of great assistance to the undersigned if the Court would appoint Ms. Gonzalez paralegal responsibilities for general paralegal duties in the above-referenced multi-defendant matter.

    Ms. Gonzalez is a John Jay College graduate with a B.A. in Criminal Justice. Prior to her employment with my firm, Ms. Gonzalez was employed by the New York State Attorney General's Office Consumer Fraud Bureau. Moreover, Ms. Gonzalez has been previously assigned such responsibilities by the Honorable Naomi R. Buchwald in the case of U.S.A. v. Cibik 11 Cr 424 (NRB), Honorable Paul A. Engelmayer in U.S.A. v. Jose Mejia 11 Cr 1032 (PAE), Honorable John F. Keenan in U.S.A. v. Angelo Michel 11 Cr 755 (JFK), Honorable Robert W. Sweet in U.S.A. v. Laron Mosley 13 Cr 654 (RWS), the Honorable Laura Taylor Swain in U.S.A. v. Deshawn Stewart 13 Cr 271 (LTS) and the Honorable Colleen McMahon in U.S.A. v. Quincie Bardel 15 Cr 654 (CM), Honorable Ronnie Abrams U.S.A. v. Espedicto-Peralta 15 Cr 599 (RA), Honorable Alison J. Nathan U.S.A. v. Martin Mitchel (AJN), Honorable Vernon S. Broderick U.S.A. v. Ruben Vizcarrondo 17 Cr 292 (VSB), Honorable Loretta A. Preska U.S.A. v. Levan Makashvili 17 Cr 350 (LAP), Honorable Andrew L. Carter, Jr. U.S.A. v. Granados-Corona1 16 Cr 324 and Honorable Victor Marrero U.S.A. v. Walston Owen 16 Cr 809 (ALC).

    For all the aforementioned reasons, I firmly believe that Meusette Gonzalez should be appointed paralegal responsibilities at a rate of $75.00 per hour for a maximum of 60 hours. Notably, Ms. Gonzalez's appointment will reduce the number of hours required to travel to and from MDC in order to review the voluminous discovery.

    Thank you kindly in advance for your consideration.

Sincerely,  
DONALDSON & CHILLIEST, LLP

/s/ *Xavier R. Donaldson*  
Xavier R. Donaldson, Esq.