UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/2/2021
```

-------------------------------------------------------------- X

UNITED STATES OF AMERICA

    -against-

COREY CRAY,

                                Defendant.

-------------------------------------------------------------- X

                 19-CR-166 (VEC)

                 ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing is scheduled for October 5, 2021, at 10:00 a.m.; and

WHEREAS that date is no longer convenient for the Court;

IT IS HEREBY ORDERED that sentencing is RESCHEDULED to **October 12, 2021, at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Date:  September 2, 2021**
**      New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**