USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/17/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

UNITED STATES OF AMERICA :
:
     -against- :
:       19-CR-166 (VEC)
:
COREY CRAY, :       ORDER
:
                Defendant. :

--------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing is scheduled for October 12, 2021, at 2:00 p.m.;

    WHEREAS that time is no longer convenient for Counsel;

    IT IS HEREBY ORDERED that sentencing is RESCHEDULED to **October 12, 2021, at 4:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

    IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Date:  September 17, 2021**
**     New York, NY**

_____
     **VALERIE CAPRONI**
     **United States District Judge**