```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/27/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :
    -against-                       :
                                          :          19-CR-166 (VEC)
                                          :
COREY CRAY,                               :          ORDER
                                          :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS a sentencing is scheduled for October 12, 2021, at 4:00 p.m.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that sentencing is RESCHEDULED to **October 26, 2021, at 2:00 p.m.** in Courtroom 443 of the Thurgood Marshall U.S. Courthouse.

    IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

Date:  September 27, 2021
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**