```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
     UNITED STATES OF AMERICA                                :
                                                             :
         -against-                                           :
                                                             :     19-CR-166 (VEC)
                                                             :
     COREY CRAY,                                             :        ORDER
                                                             :
                            Defendant.                       :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/21

**VALERIE CAPRONI, United States District Judge:**

WHEREAS a sentencing is scheduled for October 26, 2021, at 2:00 p.m.; and

WHEREAS that date is no longer convenient for the Court;

IT IS HEREBY ORDERED that sentencing is RESCHEDULED to **Tuesday, November 23, 2021 at 11:00 a.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse.

IT IS FURTHER ORDERED that interested members of the public may dial-in using (888) 363-4749 // Access code: 3121171# // Security code: 0166#.  All of those accessing the hearing are reminded that recording or rebroadcasting of the hearing is prohibited by law.

**SO ORDERED.**

**Date:  October 21, 2021**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**