```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
    UNITED STATES OF AMERICA                                 :
                                                             :
         -against-                                           :
                                                             :     19-CR-166 (VEC)
                                                             :
    COREY CRAY,                                              :     ORDER
                                                             :
                            Defendant.                       :
------------------------------------------------------------ X
```

<pre>
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  11/19/21
</pre>

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing is scheduled for November 23, 2021, at 11:00 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that sentencing is ADJOURNED to **Tuesday, November 23, 2021 at 1:00 p.m.** in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  November 19, 2021
       New York, NY

                                      _____
                                      **VALERIE CAPRONI**
                                      **United States District Judge**