**Donaldson & Chilliest, LLP**
**1825 Park Avenue, Suite 1102**
**New York, NY 10035**
**212-722-4900**
xdonaldson@aol.com

November 22, 2021

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Corey Cray*,
     19 Cr 166 (VEC)

Dear Judge Caproni,

 I represent Mr. Cray in the above referenced matter which is has recently been scheduled for sentencing tomorrow, November 23, 2021 at 1:00pm.  With the consent of the Government, I am respectfully requesting that the Court adjourn Mr. Cray's sentencing to a day next week convenient to the Court.  I am available any day and time next week excluding 11/30/21 at 11:00 am; 12/1/21 at noon; 12/2/21 at 9:30 am; and the morning of 12/3/21. I apologize for any inconvenience caused to the Court and am thanking the Court in advance for it's consideration.

             Sincerely,

             /s/  ***Xavier R. Donaldson***

             Xavier R. Donaldson