```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
   UNITED STATES OF AMERICA                                  :
                                                             :
          -against-                                          :
                                                             :    19-CR-166 (VEC)
                                                             :
   COREY CRAY,                                               :    ORDER
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/21

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing is scheduled for Monday, December 13, 2021, at 11:00 a.m.; and

WHEREAS that time is no longer convenient for the Court;

IT IS HEREBY ORDERED that sentencing is ADJOURNED to **Monday, December 13, 2021, at 3:30 p.m.**, in **Courtroom 443** of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

**SO ORDERED.**

Date:  December 9, 2021
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**